

ORIGINAL

~~SEALED~~

CASE UNSEALED PER ORDER OF COURT

FILED

17 JUN 16 PM 5:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MPL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TYLER CARENDER,<br><br>            Defendant. | Case No. 17CR1588JLS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 844(i) – Malicious Damage to Buildings or Real Property Affecting Interstate Commerce by Means of Fire or an Explosive; Title 18, U.S.C., Sec. 844(f)(1) and (f)(2) – Malicious Damage to Buildings and Real Property Receiving Federal Financial Assistance by Means of Fire or an Explosive |

The grand jury charges:

Count 1

On or about October 22, 2016, within the Southern District of California, defendant TYLER CARENDER, did maliciously damage and destroy and attempt to damage and destroy, by means of fire, a building and real property used in any activity affecting interstate and foreign commerce, to wit: the Friendship House, Counseling and Youth Center building, which is owned and operated by Saint Andrew's Episcopal Church at its church complex located at 890 Balour Drive, Encinitas, California; in violation of Title 18, United States Code, Section 844(i).

Count 2

On or about October 29, 2016, within the Southern District of California, defendant TYLER CARENDER, did maliciously damage and attempt to damage and destroy, by means of fire, a building and real property,

SPH:nlv:San Diego:6/16/17

cc: PRETRIAL

used in any activity affecting interstate and foreign commerce, to wit: the Administrative Building at Oak Crest Middle School, 675 Balour Drive, Encinitas, California, whole or in part owned and possessed by an institution or organization receiving Federal financial assistance, to wit: the San Dieguito Union High School District, and as a result of such conduct, created a substantial risk of injury to persons, including public safety officers performing their duties; in violation of Title 18, United States Code, Section 844(f)(1) and (f)(2).

### Count 3

On or about November 12, 2016, within the Southern District of California, defendant TYLER CARENDER, did maliciously damage and attempt to damage and destroy, by means of fire and an explosive, to wit: an incendiary bomb, a building and real property used in any activity affecting interstate and foreign commerce, to wit: a preschool building, which is owned and operated by Saint Andrews Episcopal Church at its church complex located at 890 Balour Drive, Encinitas, California; in violation of Title 18, United States Code, Section 844(i).

DATED: June 16, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
SHITAL H. THAKKAR
Assistant U.S. Attorney

By: _____
SHANE P. HARRIGAN
Assistant U.S. Attorney

2