AO 442

10355387

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNSEALED 7/5/2017 SEALED

17 JUL 10 PM 1:49

CLERK U.S. DISTRICT COURT
SOUTHERN DIST. OF CALIFORNIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | MXN DEPUTY |
| Tyler Cardener | Case Number: 17cr1588-JLS |

NOT FOR PUBLIC VIEW

62556-298

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Tyler Cardener___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition
                                                                            ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:844(i) - Malicious Damage to Buildings or Real Property Affecting Interstate Commerce by Means of Fire or an Explosive
18:844(f)(1),(f)(2) - Malicious Damage to Buildings and Real Property Receiving Federal Financial Assistance by Means of Fire or an Explosive

DATE: 7/5/17
ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ M. Lozano | 6/16/2017 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___NO BAIL___ by ___The Honorable Bernard G. Skomal___
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |