1 | **SANDRA RESNICK STATE BAR# 89901**
**LAW OFFICE OF SANDRA RESNICK**
2 | 270 E. Douglas Avenue
El Cajon, California  92020
3 | Telephone:  (619) 401- 4067
Fax: (619) 442 -7439
4 |
Attorney for Defendant
5 | Tyler Carender

6 |

7 |

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **SOUTHERN DISTRICT OF CALIFORNIA**

11 | **(HON.  JANIS . SAMMARTINO)**

12 | **UNITED STATES OF AMERICA**,            )       Case No. **CASE #** 17-CR-1588-JLS
                                            )
13 |              Plaintiff,                 )       **WITHDRAWAL OF DOCUMENT #13**
                                            )
14 | v.                                      )       Date:    August 4, 2017
                                            )       Time:    9:00 a.m.
15 | **TYLER CARENDAR**                       )
                                            )
16 |              Defendant.                 )
                                            )
17 | _____       )

18 |
TO: ALANA W. ROBINSON ,ACTING UNITED STATES ATTORNEYS; SHITAR THAKKAR
19 |
  AND SHANE HARRIGAN, ASSISTANT UNITED SATES ATTORNEYS;
20 |

21 |
           Defendant TYLER CARENDER by and through his counsel, Sandra Resnick, hereby
22 |
withdraws Document # 13 due to the fact that it is incomplete.
23 |
DATE: July 19, 2017.
24 |
                                  s/ Sandra Resnick
25 |                               SANDRA RESNICK

26 |

27 |

28 |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. **CASE** #17 CR 1588 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| TYLER CARENDAR, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, SANDRA RESNICK, am a citizen of the United States and am at least eighteen years of age. My business address is 270 E Douglas Avenue, El Cajon, CA 92020.

I am not a party to the above-entitled action. I have caused service of Withdrawal of document on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. SHITAR THAKKAR
2. SHANE HARRIGAN

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None

the last know address, at which place there is delivery service of mail from the United Sates Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2017

s/ Sandra Resnick
SANDRA RESNICK