**SANDRA RESNICK**
Attorney at Law
California State Bar No. 89901
270 East Douglas Avenue
El Cajon, California 92020
Telephone No. (619) 401- 4067

Attorney for Defendant
**Tyler Carender**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER CARENDER <br><br> Defendant. | CASE NO. 17 CR 1588-JLS <br><br> Date: August 4, 2017 <br> Time: 1:30 p.m. <br><br> **NOTICE OF MOTION AND MOTION TO GRANT THE DEFENSE LEAVE TO FILE FURTHER MOTIONS** |

TO: ALANA W. ROBINSON, ACTING UNITED STATES ATTORNEY, and SHITAL THAKKAR AND SHANE HARRIGAN, ASSISTANT UNITED STATES ATTORNEYS:

PLEASE TAKE NOTICE that on August 4, 2017 at 1:30 p.m., or as soon thereafter as counsel may be heard, Tyler Carender will move the court to grant leave to file additional motions based on any further discovery which may be

received subsequent to the filing of the initial Motion For Discovery.

## MOTION

The defendant, TYLER CARENDER, by and through his attorney, Sandra Resnick, pursuant to the Fifth, and Sixth Amendment to the United States Constitution, the Federal Rules of Criminal Procedure 12(b)(1), 12(b)(3), and 12(b)4), and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Grant the defense leave to file further motions.

## I

## **THE COURT SHOULD GRANT LEAVE TO FILE FURTHER MOTIONS.**

Mr. CARENDER requests leave to file further motions in the event additional discovery gives rise to the need for further pre-trial proceedings. When that discovery is received, it may require the retention of defense experts to review and analyze evidence which may result in the filing of additional motions.

## II

## **CONCLUSION**

For the foregoing reasons, Mr. Carender respectfully requests that the Court grant leave to file further motions.           .

Respectfully submitted,

Dated: July 19, 2017

*/S/ Sandra Resnick*
SANDRA RESNICK
Attorney for Defendant
Tyler Carender

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **TYLER CARENDER,** <br> Defendant. | CASE # 17-CR-1588-JLS <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, SANDRA RESNICK, am a citizen of the United States and am at least eighteen years of age. My business address is 270 E Douglas Avenue, El Cajon, CA 92020.

I am not a party to the above-entitled action. I have caused service of **DEFENSE MOTION TO GRANT LEAVE TO FILE FURTHER MOTIONS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. SHITAL THAKKAR
2. SHANE HARRIGAN

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None

at the last know address, at which place there is delivery service of mail from the United Sates Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2017

                                              s/ Sandra Resnick <br>
                                              SANDRA RESNICK